No. 74–175. MIDDENDORF, SECRETARY OF THE NAVY, ET AL. *v.* HENRY ET AL.; and

No. 74–5176. HENRY ET AL. *v.* MIDDENDORF, SECRETARY OF THE NAVY, ET AL. C. A. 9th Cir. [Restored to calendar, 421 U. S. 906.] Motion for leave to file memorandum after argument granted. MR. JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 74–1492. WASHINGTON, MAYOR OF WASHINGTON, D. C., ET AL. *v.* DAVIS ET AL. C. A. D. C. Cir. [Certiorari granted, 423 U. S. 820.] Motion of the Solicitor General for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Both petitioners and private respondents allotted seven and one-half additional minutes for oral argument.

No. 74–1542. UNION ELECTRIC Co. *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 8th Cir. [Certiorari granted, 423 U. S. 821.] Motion of respondents John C. Danforth, Attorney General of Missouri, et al., for leave to file a brief after argument granted.